In the Matter of the Will of CHARLES RESCHKE, Deceased. ANNE DIETERICH et al., Appellants; JOSEPH PECK, Respondent.— The other questions raised are without merit. Hagarty, Johnston and Adel, JJ., concur; Taylor and Close, JJ., dissent and vote for a reversal and a new trial upon the ground that the testimony fails to show compliance with section 21 of the Decedent Estate Law (Cons. Laws, ch. 13). One of the subscribing witnesses was not called and her testimony was not dispensed with, as provided for in sections 141, 142 of the Surrogate's Court Act. The testimony of the notary public does not conform to the requirements of the statute.

DOROTHY ONETO, Respondent, Impleaded with Another, v. WILLIAM M. GREENBERG, Appellant.— The trial presented a dispute between the defendant and an allegedly disinterested eye witness for the respondent. The two versions of how the accident happened were in sharp conflict and were irreconcilable. The jury accepted the defendant's version, which was amply supported by evidence which the jury had the right to find was credible. The learned trial justice was without power to assume the jury's function and to decide where the truth lay. (*Lee* v. *City Brewing Corp.*, 279 N. Y. 380, 384; *Scheuerman* v. *Knapp Coal Co., Inc.*, 238 App. Div. 874.) Hagarty, Johnston, Adel, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IDA BRAND, Appellant.— No opinion. Present— Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WOLF BRAND, Appellant.— No opinion. Present— Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD J. KIERNAN, Appellant.— (*People* v. *Riordan*, 288 N. Y. 544.) Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES M. BOWES, Respondent, against WILLIAM J. WEISE et al., Constituting the Board of Review, et al., Appellants.— No opinion. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.